**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7537**

———————

In Re:  JANISON VEAL,


                                          Petitioner.



———————

On Petition for Writ of Mandamus.
(3:02-cr-00043-WCB-JE)

———————

Submitted: November 21, 2006          Decided:  December 4, 2006

———————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Janison Veal, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janison Veal petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion filed pursuant to 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the magistrate judge since has filed his report and recommendations, recommending that Veal's motion be denied. Accordingly, while we grant leave to proceed in forma pauperis, because the district court recently has acted in Veal's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED